Hermann F. M. Mutzenbecher et al., Copartners, under the Firm Name of Mutzenbecher & Co., Appellants, v. Sumner Ballard, Respondent.

(Submitted April 15, 1935; decided April 23, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 574.)

In the Matter of Ætna Life Insurance Company, Respondent, v. Asba Corporation, Defendant.

Ira H. Holley, as Assignee for the Benefit of Creditors of Asba Corporation, et al., Appellants.

(Submitted April 15, 1935; decided April 23, 1935.)

*Barney Bernstein* for motion.

*Irving E. Kanner* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that leave is unnecessary.